# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Elizabeth L. Bevens, | Case No. 26-CV-2873 (NEB/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Walnut Place Limited Partnership and TCG Management, LLC, | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT:**

1. The application to proceed *in forma pauperis* of plaintiff Elizabeth L. Bevens (ECF No. 2) is **GRANTED**.

2. If Ms. Bevens intends to effect service of process or seek waiver of service through officers of the court, then she must submit a properly completed Marshal Service Form (Form USM-285) for each defendant. On or before **July 8, 2026**, Ms. Bevens must complete and return the Marshal Service Forms or otherwise inform the Court that she intends to effect service of process or seek waiver of service on her own behalf. If she fails to do so, the Court will recommend that this matter be dismissed without prejudice for failure to prosecute. Marshal Service Forms will be provided to Ms. Bevens by the Court.

3. After Ms. Bevens returns the completed Marshal Service Forms, the Clerk of Court is directed to seek waiver of service from defendants Walnut Place Limited Partnership and TCG Management, LLC, consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

1

4.      If a defendant fails without good cause to sign and return a waiver within 30 days

of the date that the waiver is mailed, the Court will impose upon that defendant the

expenses later incurred in effecting service of process.  Absent a showing of good

cause, reimbursement of the costs of service is mandatory and will be imposed in

all cases in which a defendant does not sign and return a waiver of service form.

*See* Fed. R. Civ. P. 4(d)(2).

Dated: June 8, 2026                              *s/ Dulce J. Foster*
                                                 Dulce J. Foster
                                                 United States Magistrate Judge

2